## ALABAMA GREAT SOUTHERN RAILROAD CO. *v.* DAWKINS *et al.*

HILL, J. 1. Where a railroad company builds a cattle-guard on the dividing line between adjacent land of different owners, it is bound to maintain it, and the Civil Code (1910), § 2699, does not require the landowner to give the railroad company thirty days notice to repair the same.

2. The cattle-guard required by the Civil Code (1910), § 2699, is intended to protect the adjacent land from the trespass of live stock going over the railroad right of way; and the contrivance must be sufficiently extensive to embrace the entire width of the right of way.

3. The Civil Code (1910), § 2702, does not require landowners to extend their fences across the entire railroad right of way, in order to connect with the cattle-guard on the track of the railroad.

4. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
MAY 12, 1915.

Action for damages. Before Judge Fite. Dade superior court. July 28, 1914.

*Payne & Hale,* for plaintiff in error.